UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **Case No. CR 10-0185 MC** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) | |
| | ) | |
| ROBERT LARRY SANDERSON, | ) | |
| | ) | |
| Defendant(s). | ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on December 03, 2010, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. approximately 26 CD-ROMs containing child pornography; and

b. one 4-gigabyte Sandisk Cruzer USB thumb drive containing child pornography,

pursuant to Title 18, United States Code, Sections 2253(a)(1) & (a)(3).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person,

other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Defendant Robert Larry Sanderson was sentenced on December 02, 2010. As part of his sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment entered on December 06, 2010.

IT IS SO ORDERED this 5th day of September 2012.

*[signature]*
MAXINE M. CHESNEY
United States District Judge