UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 10-0185 MMC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | ) | |
| ROBERT LARRY SANDERSON, | ) | |
| Defendant(s). | ) | |

On September 5, 2012, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, approximately 26 CD-ROMs containing child pornography, and one 4-gigabyte Sandisk Cruzer USB thumb drive containing child pornography, pursuant to Title 18, United States Code, Sections 2253(a)(1) & (a)(3).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) & (a)(3). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: November 7, 2012

MAXINE M. CHESNEY
United States District Judge